JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR EMILIO ANGARITA SOLORZANO,<br><br>          Petitioner,<br>     vs.<br>ERIC HOLDER, JR., ET AL,<br>          Respondents. | Case No. SACV 16-01099-VBF (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 11, 2017

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE